UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GEOLVER SIFONTES ALEMAN,
Petitioner,
v.
JEREMY CASEY, et al.,
Respondents.

Case No.: 26-cv-5943-RSH-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On October 19, 2026, petitioner Geolver Sifrontes Aleman filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. Petitioner, a native and citizen of Cuba, entered the United States on November 7, 2021. *Id.* ¶ 2. Petitioner was issued a Notice to Appear and released pursuant to an Order of Release on Recognizance on that same day. ECF No. 1-2. Petitioner has pending applications for asylum and adjustment of status. ECF No. 1 ¶ 21. Petitioner was re-detained on July 26, 2026. *Id.* ¶ 25. Petitioner alleges his re-detention violates the Due Process Clause and requests immediate release or, in the alternative, a bond hearing pursuant to 8 U.S.C. § 1226(a).

The Government filed a return on October 22, 2026, in which it conceded that Petitioner is detained pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 2. The Government argues that the Petition is moot because, although Petitioner is entitled to a bond hearing

under 8 U.S.C. § 1226(a), Petitioner recently withdrew his request for such a hearing. *Id.* The Government did not address or indicate any opposition to Petitioner's argument that his re-detention, after being released on his own recognizance, was unlawful and that Petitioner is entitled to immediate release.

The Court construes the Government's failure to address this argument as a statement of non-opposition. Accordingly, the Petition is **GRANTED** as follows. The Court **ORDERS** that the Government release petitioner Geolver Sifrontes Aleman from immigration custody within ***one business day*** of the date of this order, subject to the terms of his previously issued release. This order does not prevent the Government from imposing or modifying conditions of release, as may be apspropriate. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: October 23, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge